# UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## Hearing Information:

|  |  |
|---|---|
| **Debtor:** | ROBERT WILLIAM OSTERCAMP |
| **Case Number:** | 2:10-BK-00117-CGC    **Chapter:** 13 |
| **Date / Time / Room:** | THURSDAY, OCTOBER 07, 2010 01:30 PM   6TH FLOOR #601 |
| **Bankruptcy Judge:** | CHARLES G. CASE II |
| **Courtroom Clerk:** | RHONDA VAUGHAN |
| **Reporter / ECR:** | KAYLA MORGAN |

## Matter:

MOTION FOR RELIEF FROM STAY RE: REAL PROPERTY, 2950 W MARLBORO DR, CHANDLER, AZ 85224 FILED BY MARK 1 BOSCO OF TIFFANY & BOSCO, P.A. ON BEHALF OF DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR SOUNDVIEW HOME LOAN TRUST 2006-3 BY ITS ATTORNEY IN FACT WELLS FARGO BANK, N.A., SUCCESSOR BY MERGER TO WELLS FARGO HOME MORTGAGE INC.

**R / M #:** 40 / 0

## Appearances:

NO APPEARANCES

## Proceedings:

COURT: IT IS ORDERED VACATING THE HEARING ON MOTION FOR RELIEF FROM AUTOMATIC STAY FILED ON BEHALF OF DEUTSCHE BANK NATIONAL TRUST.